Receipt # 72796

FILED
U.S. BANKRUPTCY COURT
2011 FEB 14 PM 3:48
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-40564 |
| | ) | |
| TIMOTHY CLARK | ) | HON. KAY WOODS |
| | ) | |
| | ) | CHAPTER 7 |
| DEBTOR | ) | |

## DIVIDENDS LESS THAN $5.00

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distributions less than $5.00 and is submitting checks herewith payable to Clerk, United States Bankruptcy Court, Check Numbers 4, 5, and 9 in the amounts listed below.

The dividend relates to the following claimant:

| Claimant: | Amount: |
|---|---|
| U.S. Bank Corp./Retail Payment Solutions (Claim No. 2) | $2.54 |
| U.S. Bank Corp./Retail Payment Solutions (Claim No. 4) | $3.90 |
| Dominion East Ohio Gas (Claim No. 8) | $0.90 |

/s/ Mark A. Beatrice
MARK A. BEATRICE, Trustee    (#0011003)
201 E. Commerce Street
Youngstown, OH  44503-1641
(330) 743-1171
(330) 743-1190 (Fax)

{M0253353.1 }